FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 31 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

In The United States District Court
For The Northern District of Georgia
Atlanta Divison

Norris Anderson Jr.
Plaintiff
-v-
Mountain Progessive Ins.

Civil Action 1:24-CV-1879-LMM

## Motion for leave to Amend

Comes now the above named Plaintiff and seek leave to amend his 42 U.S.C. 1983 in two different aspect in which it has just come to the plaintiff knowledge, that these two different aspect are warranted to better his complaint. Plaintiff gives these two aspects in the following two numbered paragraphs:

(1) <u>Previous filed lawsuit History</u>:
Plaintiff comes to the knowledge that he has to give a complete list of all the past filed lawsuits only from receiving the Magistrate Final Report and Recommendation. The first time plaintiff had ever experinces the request to give information about any previous lawsuit was in one of his previous filed lawsuit filed in Sept. 5, 2023 Anderson-v-Catchen, No. 1:23-CV-3982. At that time that lawsuit was dismissed because I answered No to the question that I understood to mean, have I filed any previous lawsuit doing that time of

incarceration, and for all of that particular time. So in filing the case at hand, when I got to the question of have I filed previous lawsuit while incarcerated, I answered Yes for the incarcerated period of 2024 in which on March 19, 2024 I refiled Anderson-v-Catchen and once again I thought the question was only asking about the 2024 incarceration period and that's why I made no mention of any of the other 11 previous lawsuit. Because I was unaware and the complaint did not explain to me in layman terms, I now seek mercy from this court in this matter. And because the Magistrate Report has given me the procedural rule and copy of all the previous lawsuit, that I did not have or remembered, I humably submit them in this Amended Motion: Anderson-v-McDonough, No. 5:23-CV-448-TES-CHW (M.D. Ga. filed Nov. 7, 2023) Anderson-v-Massey, No. 5:19-CV-500-MTT-CHW (M.D. Ga filed Dec. 16, 2019) Anderson-v-Howard, No. 1:19-CV-5622-Lmm (N.D. Ga. filed Dec. 13 2019) Anderson-v-Pelham Ga. jail, No. 1:09-CV-88-WLS-RLH (M.D. Ga. filed May 29, 2009) Anderson-v-Fulton Cnty. Bd. of Comm'rs No. 1:09-CV-940-BBM (N.D. Ga. filed Apr. 8, 2009) Anderson-v Fulton Cnty. jail, No. 1:07-CV-1607-BBM (N.D. Ga. filed July 9, 2007) Anderson-v-Cornell Cos. Inc. No. 5:06-CV-90-WTM-JEG (S.D. Ga. filed Oct. 18, 2006) Anderson-v-Ga. Pardon &

Parole Bd. No. 05-11603-F (11th cir filed Mar 21, 2005) Anderson-v-Ga. Pardon & Parole 1:03-CV-1154-JOF (N.D. Ga filed Apr. 25, 2003) Anderson-v-Ray, No 1:01-CV-2520-JOF (N.D. Ga. filed Sept. 20, 2001) Anderson-v-Snow, No. 1:86-CV-2713-GET (N.A. Ga. filed Dec. 19, 1986).

(2) Change in pleading of 42 U.S.C. 1983:
Come now the plaintiff and seek to amend the pleading of 42 U.S.C 1983 by changing this suit to a Intentional Tort Suit against defendant Mountain Progressive Insurance, for fraudulent misrepresentation claim for wrongfully refusing to pay Plaintiff personal injury protection, medical expenses. The defendant denied Plaintiff claim for personal injury protection where he suffered two broken bones to his pelvis and scars to his right shoulder, right elbow, right buttow, right leg. Their agent falsely represented to plaintiff that the insured, Hugh William Crider, had cancelled his 6 months policy within less than 10 days of the issuing of the policy on August 9, 2022. On the day of the accident of plaintiff being strucked by the insured as a pedestrain records showed that Mountain Progessive Insurance, was listed as the insure of the insured Hugh William Crider blue BMW. Plaintiff submits the fraudulent misrepresenta-

tion was made for the intentional purpose of defrauding plaintiff of his rights under the policie. Plaintiff states that this complaint alleged the equivalent of intentional and gross fraud essential for award of compensator damages of $800,000.00 dollars and punitive damages of $1,000,000.00 dollars.

## Conclusion

Plaintiff states that this court show him mercy and accept this motion to amend under honorable circumstances, and most of all, because plaintiff is a layman and he believe he as a pro. se litigant should be held to a less stringent standard than pleadings drafted by an attorney.

This 27 day of May 2024 plaintiff gives all the within as true and correct under penalty of perjury. Norris Anderson Jr.

522400010 Contee B-1-206
P.O. Box 407016
Ft. lauderdale, Fl 33340

## Certificate of Service

I Norris Anderson Jr. certify that I have served on the clerk of the district court the original of this motion for leave to amend and respectfully ask the clerk to send him an copy of this motion stamped and filed. This 27 day of May 2024 Norris Anderson Jr.